*E-Filed 7/2/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOMINIC COLLEY, | No. C 13-0249 RS (PR) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF SAN MATEO, et al, | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order, and under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Plaintiff's motion for an extension of time (Docket No. 6) is DENIED.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must contain an amended complaint that addresses the concerns raised in the order dismissing the complaint with leave to amend. The Clerk shall terminate Docket No. 6, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: July 2, 2013

RICHARD SEEBORG
United States District Judge